UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGEI PORTNOY, | No. 2:14-cv-0423 TLN CKD PS |
| Plaintiff, | |
| v. | **ORDER** |
| VEOLIA TRANSPORTATION SERVICES, INC., | |
| Defendant. | |

This matter was referred to the district court for the limited purpose of determining whether in forma pauperis status should continue for this appeal or whether the appeal is frivolous or taken in bad faith in accordance with 28 U.S.C. § 1915(a)(3). (*See* Ninth Cir. Referral, ECF No. 9.) The Ninth Circuit Court of Appeal requested that if the district court elected to revoke in forma pauperis status, the district court so notify the Ninth Circuit and the parties within 21 days of the date of the Ninth Circuit's referral. (ECF No. 9.)

The Federal Rules of Appellate Procedure provide as follows:

> [A] party who has been permitted to proceed in an action in the district court in forma pauperis . . . may proceed on appeal in forma pauperis without further authorization unless . . . the district court shall certify that the appeal is not taken in good faith or shall find that the party is otherwise not entitled so to proceed . . . .

1

1  Fed. R. App. P. 24(a).  After review of the record herein, the Court finds that Plaintiff Sergei
2  Portnoy's ("Plaintiff") appeal is frivolous.  *See Hooker v. American Airlines*, 302 F.3d 1091, 1092
3  (9th Cir. 2002).  In accordance with the above, IT IS HEREBY ORDERED that Plaintiff's in
4  forma pauperis status granted on February 24, 2014 is hereby revoked.  See Fed. R. App. P. 24(a).
5      IT IS SO ORDERED.
6  Dated: May 8, 2014

Troy L. Nunley
United States District Judge